[No. 12079–4–I.   Division One.   January 11, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE LEE KOLSKY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82–8–00475–0, Gary M. Little, J., entered July 9, 1982. *Remanded with instructions* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Andersen, J.

[No. 12157–0–I.   Division One.   January 11, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER THOMAS BAKKEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82–1–00348–1, Lloyd W. Bever, J., entered July 26, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, C.J., and Callow, J.

[No. 12210–0–I.   Division One.   January 11, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD CHARLES SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82–8–01274–4, Stanley Stone, J. Pro Tem., entered August 26, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Callow, JJ.